**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2005

NOTICE OF REASSIGNMENT

Re:   Wendy Dean vs. Hampton Inns, Inc.
      Civil Action No.  3:05cv756-B

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 3:05cv756-F.  This new case number should be used on all future correspondence and pleadings in this action.