⁂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

WENDY DEAN

V.

HAMPTON INNS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05CV756-B

TO: (Name and address of Defendant)

Hampton Inns, Inc.
c/o CSC Lawyers Incorporating Services
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward I. Zwilling
Schwartz Zweben & Slingbaum
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE: Aug. 10, 2005

⁎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8-22-05 |
| NAME OF SERVER (PRINT) David L. West Jr. | TITLE PIA |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left Copies with Agent of Defendant: Ethleen Bazzell 150 S. Perry St. Montgomery, Al 36104

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-22-05
Date  Signature of Server

P.O. Box 241993 Mont. Al. 36124
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure