UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

                                        CASE NO: 3:05CV756B

vs.

AUBURN LODGING ASSOCIATES, LLC,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL OF HAMPTON INNS, INC.

COMES NOW the Plaintiff, Wendy Dean, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Hampton Inns, Inc., **without** prejudice, as the Complaint has been amended to name the proper party defendant.

Dated this the 13th day of September, 2005.

                                                    Respectfully submitted,

                                                    s/ Edward I. Zwilling
                                                    Edward I. Zwilling, Esq.
                                                    Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Zweben & Slingbaum, L.L.P.
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091
Email: ezwilling@szalaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Mac B. Greaves, Burr & Forman, LLP, 420 North 20th Street, Suite 3100, Birmingham, Alabama 35203 this the 13th day of September, 2005.

                                                    s/ Edward I. Zwilling
                                                    OF COUNSEL