**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

September 14, 2005

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Wendy Dean vs. Hampton Inns, Inc.
      Civil Action No.  3:05cv756

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff on 9/13/05, Hampton Inns, Inc.  has been dismissed from this matter.