IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-756-F |
| | ) |
| HAMPTON INNS, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of plaintiff's Notice of Voluntary Dismissal of Hampton Inns, Inc. (Doc. #6) filed on September 13, 2005, it is hereby

ORDERED that Hampton Inns, Inc. is DISMISSED without prejudice as a party to this case, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DONE this 15th day of September, 2005.

                                                       /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE