UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

vs.                                            CASE NO: 3:05CV756B

AUBURN LODGING ASSOCIATES, LLC,

    Defendant.
_____/

## ACCEPTANCE OF SERVICE

    COMES NOW the undersigned counsel, Mac B. Greaves, and accepts service on behalf of AUBURN LODGING ASSOCIATES, LLC, of the Amended Complaint and hereby enters his name as counsel of record for said Defendant.

    Dated this 23rd day of September, 2005.

Respectfully submitted,

/s/ Mac B. Greaves

Mac B. Greaves, Esq.
Burr & Forman, LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone:   (205) 251-3000
Facsimile:    (205) 458-5100
Email:        mgreaves@burr.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 23, 2005, I have electronically filed foregoing with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notification of such filing to: Edward I. Zwilling, Schwartz Zweben & Slingbaum, 300 Office Park Drive, Suite 217, Birmingham, Alabama 35223.

/s/ Mac B. Greaves
OF COUNSEL