IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-756-F |
| | ) |
| AUBURN LODGING ASSOCIATES, LLC, | ) |
| | ) |
|     Defendant. | ) |

# **O R D E R**

Upon consideration of defendant's Motion for Extension of Time to File Answer (Doc. #10) filed on October 7, 2005, it is hereby

ORDERED that the motion is GRANTED to and including November 3, 2005.

DONE this 11th day of October, 2005.

                                  /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE