IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-756-MEF |
| | ) |
| AUBURN LODGING ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that the trial of this case set for November 6, 2006 is continued to the trial term commencing on November 13, 2006.

It is further ORDERED that all other deadlines contained in the November 15, 2005 Uniform Scheduling Order (Doc. #15) remain in full force and effect.

DONE this 18th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE