IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WENDY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-756-MEF |
| ) | |
| AUBURN LODGING ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Due to scheduling conflicts, the Court finds it necessary to reschedule this case to its next Opelika civil trial docket. Therefore, it is hereby ORDERED that the Court's Order dated September 7, 2006 (Doc. #19) setting a final pretrial conference is VACATED. An Amended Scheduling Order will be entered.

DONE this 18th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE