UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

vs.                            CASE NO: 3:05CV756B

AUBURN LODGING ASSOCIATES, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Wendy Dean, and Defendant, Auburn Lodging Associates, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of the Final Order set forth below.

Dated this 20th day of September 2006.

    Respectfully submitted,

Edward I. Zwilling, Esq.  
Schwartz Zweben & Associates  
300 Office Park Drive  
Suite 217  
Birmingham, Alabama, 35223  
Telephone: (205) 871-8089  
Facsimile: (205) 871-8091  
Email: ezwilling@szalaw.com  

By: _____  
    Edward I. Zwilling

Mac B. Greaves, Esq.  
Burr & Forman, LLP  
3100 SouthTrust Tower  
420 North 20th Street  
Birmingham, Alabama 35203  
Telephone:  (205) 251-3000  
Facsimile:  (205) 458-5100  
Email:     mgreaves@burr.com  

By: _____  
    Mac B. Greaves

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDY DEAN,

    Plaintiff,

CASE NO: 3:05CV756B

vs.

AUBURN LODGING ASSOCIATES, LLC,

    Defendant.

_____/

**FINAL ORDER**

THIS CAUSE came before consideration of this Court upon the parties Joint Stipulation of Dismissal With Prejudice.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendant with prejudice.
2. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers this the ____ day of _____ 2006.

                                                  _____
                                                U.S. DISTRICT JUDGE

Copies furnished to:
Edward I. Zwilling, Esq.
Mac B. Greaves, Esq.